UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JULIE O'STEEN AND CHRISTOPHER O'STEEN,
    Plaintiff,
v.

WELLS FARGO BANK, N.A.; WELLS FARGO HOME MORTGAGE, INC.; RUSHMORE LOAN MANAGEMENT SERVICES, LLC,
    Defendants.
_____/

Case No.: 6:17-CV-00849-GAP-KRS

## REQUEST FOR JUDICIAL NOTICE

Defendant, RUSHMORE LOAN MANAGEMENT SERVICES LLC ("Rushmore"), by and through undersigned counsel, and pursuant to Federal Rule of Evidence 201, moves this Court to take judicial notice of the Court pleadings stated below, and stated:

1. Rushmore requests this Court take judicial notice of court records contained in the state court and bankruptcy court regarding the Plaintiffs' foreclosure action and bankruptcy proceeding. "A court may take judicial notice of its own record and the records of inferior courts." *United States v. Rey*, 811 F. 3d 1453, 1457 n.5 (11th Cir. 1987); *National Fire Ins. Co. of Hardford v. Thompson*, 281 U.S. 331 (1930).

2. Specifically, Defendant requests this Court take judicial notice of the following documents:

    a. Complaint for Foreclosure, from case styled *Wells Fargo Bank, N.A. v. Julie Barbara O'Steen a/k/a Julie B. O'Steen a/k/a Julie O'Steen*, case no. 2012-CA-64657 ("Foreclosure Action), **Exhibit "A"**;

    b. Final Judgment for Foreclosure, **Exhibit "B"**;

 c. Docket from Foreclosure Action, **Exhibit "C"**;

 d. Schedules from Bankruptcy Proceeding, case no. 6:15-bk-03869-CCJ, **Exhibit "D"**;

 e. Discharge Order, **Exhibit "E"**;

 f. Motion to Re-set Foreclosure Sale, **Exhibit "F"**;

 g. Assignment of Judgment; **Exhibit "G"**

 h. Objection to Sale; **Exhibit "H"**; and

 i. Order denying Objection to Sale. **Exhibit "I."**

**WHEREFORE,** Defendant, RUSHMORE LOAN MANAGEMENT SERVICES LLC, respectfully requests that this Court take judicial notice of these court documents, and for any such further relief this Court deems proper and just.

    **SHD Legal Group P.A.**
    Attorneys for Rushmore
    PO BOX 19519
    Fort Lauderdale, FL   33318
    Telephone: (954) 564-0071
    Facsimile:   (954) 564-9252
    Service E-mail: adiaz@shdlegalgroup.com

    By: /s/ *Adam A. Diaz*
    Adam A. Diaz
    Florida Bar No. 98379

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic or U.S. mail on this 21st day of June 2017 to:

Michael Alex Wasylik
Ricardo & Wasylik, PL
38008 Live Oak Ave.
Dade City, FL 33526
*Attorney for Plaintiffs*

Michele L. Stocker
Linda M. Reck
Greenberg Traurig, LLP
401 E Las Olas Blvd, Ste 2000
Ft Lauderdale, FL 33301-4223
*Attorney for Defendant*

**SHD Legal Group P.A.**
Attorneys for Rushmore
PO BOX 19519
Fort Lauderdale, FL   33318
Phone: (954) 564-0071
Fax: (954) 564-9252
E-mail: ADiaz@shdlegalgroup.com

By: /s/ *Adam A. Diaz*_____
        Adam A. Diaz
        Florida Bar No. 98379