# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION
Case No.: 6:17-CV-00849-GAP-KRS

JULIE O'STEEN and
CHRISTOPHER O'STEEN,

        Plaintiff (s),

vs.

WELLS FARGO BANK, N.A., WELLS
FARGO HOME MORTGAGE, INC., and
RUSHMORE LOAN MANAGEMENT
SERVICES, LLC

        Defendant (s).
_____/

## DEFENDANTS WELLS FARGO BANK, N.A.'S AND
## WELLS FARGO HOME MORTGAGE, INC.'S
## NOTICE OF FILING DECLARATION OF RICHARD L. PENNO

    Defendants WELLS FARGO BANK, N.A. ("Wells Fargo") and Wells Fargo Home Mortgage, Inc. ("WFHM"), by and through their undersigned counsel, hereby give notice of filing the attached Declaration of Richard L. Penno, Vice President Loan Documentation for Wells Fargo.

Respectfully submitted,

|  | s/ *Linda M. Reck* |
|---|---|
| **Michele L. Stocker** | **Linda M. Reck** |
| Florida Bar No. 0044105 | Florida Bar No. 0669474 |
| stockerm@gtlaw.com | reckl@gtlaw.com |
| smithl@gtlaw.com | culpepperd@gtlaw.com |
| flservice@gtlaw.com | flservice@gtlaw.com |
| **GREENBERG TRAURIG, P.A.** | **GREENBERG TRAURIG, P.A.** |
| 401 East Las Olas Boulevard, Suite 2000 | 450 South Orange Ave., Suite 650 |
| Fort Lauderdale, FL 33301 | Orlando, FL 32801 |
| Telephone:   (954) 765-0500 | Telephone:   (407) 254-2643 |
| Facsimile:   (954) 765-1477 | Facsimile:   (407) 650-8428 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of June, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

By: */s/ Linda M. Reck*

## SERVICE LIST

| **Michael Alex Wasylik, Esq.**<br>Ricardo & Wasylik, PL<br>P.O. Box 2245<br>Dade City, Florida 33526<br>Telephone:    352-567-3173<br>Facsimile:    352-567-3193<br>Email: service@ricardolaw.com | **SHD Legal Group P.A.**<br>Attorneys for Rushmore<br>PO BOX 19519<br>Fort Lauderdale, FL 33318<br>Telephone: (954) 564-0071<br>Facsimile: (954) 564-9252<br>Service E-mail: answers@shdlegalgroup.com |
|---|---|