**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JULIE O'STEEN and CHRISTOPHER O'STEEN,**

   **Plaintiffs,**

**v.**               Case No: **6:17-cv-849-Orl-31KRS**

**WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, INC. and RUSHMORE LOAN MANAGEMENT SERVICES, LLC,**

   **Defendants.**

## ORDER

This case is before the Court on the Motions for Summary Judgment filed June 21, 2017, by Defendants Rushmore Loan Management Services, LLC (Doc. 83) and Wells Fargo Bank, N.A. and Wells Fargo Home Mortgage, Inc. (Doc. 87).   Plaintiffs will be allowed until **July 21, 2017**, to file responsive memoranda and any materials in opposition to the motions, including affidavits or other documents within the purview of Rule 56, showing that there are genuine issues of material fact in dispute; otherwise the Court may enter Summary Judgment, if appropriate, against the adverse party.   *Milburn v. United States*, 734 F.2d 762, 765 (11th Cir. 1984); see *Griffith v. Wainwright*, 772 F.2d 822, 825 (11th Cir. 1985)(per curiam); Fed. R. Civ. P. 56(e). Defendants may file reply briefs, not exceeding ten (10) pages, within fourteen (14) days after the

response is served.  **The parties shall electronically file all exhibits in support of their papers. The parties will be advised if paper copies of any or all exhibits will be required.   The Court prefers transcripts in full-page format.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 27, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party