**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JULIE O'STEEN and CHRISTOPHER O'STEEN,**

        **Plaintiffs,**

**v.**                                **Case No:   6:17-cv-849-Orl-31KRS**

**WELLS FARGO BANK, N.A., WELLS FARGO HOME MORTGAGE, INC. and RUSHMORE LOAN MANAGEMENT SERVICES, LLC,**

        **Defendants.**

## ORDER

In light of the Motions for Summary Judgment filed by Defendants (Doc. Nos. 83 and 87) which are not yet ripe for the Court's consideration (*See* Doc. 88), it is *sua sponte*

**ORDERED** that the pretrial conference scheduled for July 13, 2017 is CANCELLED, and the August 16, 2017 trial is hereby CONTINUED until further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 13, 2017.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party